# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| LATICIA L. BROWN, <br><br> Plaintiff, <br><br> v. <br><br> HARRIS & HARRIS, LTD., <br><br> Defendant. | Case No. 3:19-cv-50272 <br><br> Honorable Judge Harry D. Leinenweber |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Laticia L. Brown, and the Defendant, Harris & Harris, Ltd., through their respective counsel that the above-captioned action shall be and hereby is dismissed, on the merits and with prejudice as to Defendant Harris & Harris, Ltd., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: January 3, 2020                                 Respectfully Submitted,

**LATICIA L. BROWN**                                   **HARRIS & HARRIS, LTD.**

*/s/ Marwan R. Daher*                                  */s/ Brandon S. Stein (with consent)*
Marwan R. Daher, Esq.                                  Brandon S. Stein, Esq.
*Counsel for Plaintiff*                                *Counsel for Harris & Harris, Ltd.*
Sulaiman Law Group, Ltd.                               Hinshaw & Culbertson LLP
2500 S. Highland Ave., Ste. 200                        151 N. Franklin, Suite 2500
Lombard, Illinois 60148                                Chicago, Illinois 60606
Phone: (630) 575-8181                                  Phone: (312) 704-3720
mdaher@sulaimanlaw.com                                 bstein@hinshawlaw.com